# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMALA LEADBETTER DEAN | ) | Case No.:1:25-cv-616-SKO |
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING SCHEDULING |
| v. | ) | ORDER |
| | ) | |
| FRANK BISIGNANO, | ) | (Doc. 12) |
| Commissioner of Social Security | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation and unopposed motion of the parties (Doc. 12), and for cause shown (*see* Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that the Scheduling Order (Doc. 6) is MODIFIED as follows:

Plaintiff's motion for summary judgment is due September 22, 2025;

Defendant's cross-motion for summary judgment and opposition is due October 24, 2025; and

Plaintiff's optional reply is due November 7, 2025.

IT IS SO ORDERED.

Dated: __**August 21, 2025**__          ____/s/ *Sheila K. Oberto*_____
                                    UNITED STATES MAGISTRATE JUDGE