ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
KATHERINE SARAH BOWLES (CABN 272704)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6309
Email: katherine.bowles@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMALA LEADBETTER DEAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:25-cv-00616-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARILY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the period prior to January 6, 2021.

On remand, the Commissioner will further develop the record; offer the claimant the opportunity of a new hearing; obtain new vocational expert evidence; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 8, 2025

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

By: */s/ Lawrence D. Rohlfing\**
LAWRENCE D. ROHLFING
Attorneys for Plaintiff
[*As authorized by e-mail on 9/8/2025]

Dated: September 8, 2025

ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   */s/ Katherine S. Bowles*
KATHERINE S. BOWLES
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment (Doc. 15),

IT IS ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to an ALJ to re-evaluate the evidence and issue a new decision.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **September 8, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE