Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Pamala Leadbetter Dean

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMALA LEADBETTER DEAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:25-cv-616 SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER<br><br>(Doc. 18) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Pamala Leadbetter Dean ("Dean") be awarded attorney fees and expenses in the amount of three thousand three hundred eighty-eight dollars ($3,388.00) under the Equal Access to

-1-

Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Dean by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

Dean was the prevailing party in this matter and Dean is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed. The position of the Commissioner was not substantially justified and an award of fees is not unjust.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Dean and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Dean and not to Dean's attorney. Fees can be made payable by check or electronic funds transfer (EFT).

If, after receiving the Court's order awarding fees and expenses under the EAJA, the Commissioner (1) determines that Dean has assigned her right to EAJA fees to her attorney; (2) determines that Dean does not owe a debt that is subject to offset under the Treasury Offset Program, the EAJA fees will be made payable to Dean's attorney. However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check or EFT made out to Dean but delivered to Dean's attorneys, Lawrence D. Rohlfing, Inc., CPC pursuant to the assignment executed by Dean.[1]

The retainer agreement containing the assignment by Dean to counsel is attached as exhibit 1. The firm's hours are attached as exhibit 2.

---

[1] The parties do not stipulate whether counsel has a cognizable lien under federal law against the recovery of EAJA fees and expenses that survives the Treasury Offset Program.

1    This stipulation constitutes a compromise settlement of Dean's request for
2 EAJA attorney fees and does not constitute an admission of liability on the part of
3 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
4 constitute a complete release from, and bar to, any and all claims that Dean and/or
5 Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC
6 may have relating to EAJA attorney fees in connection with this action.

7    The parties further agree that the EAJA award is without prejudice to the
8 right of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing,
9 Inc., CPC to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C.
10 § 406(b), subject to the offset provisions of the EAJA. See 28 U.S.C. § 2412(c)(1)
11 (2006).

12 DATE: October 21, 2025        Respectfully submitted,

13                               LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

14                                       /s/  *Lawrence D. Rohlfing*[2]
15                               BY: _____
                                  Lawrence D. Rohlfing
16                                Attorney for plaintiff Pamala Leadbetter Dean

17

18 DATED: October 23, 2025       ERIC GRANT
                                  United States Attorney
19                                MATHEW W. PILE
                                  Associate General Counsel
20                                Social Security Administration

21                                      /s/ *Katherine S. Bowles*

22                                _____
                                  KATHERINE S. BOWLES
23                                Special Assistant United States Attorney
                                  Attorneys for Defendant FRANK BISIGNANO,
24                                Commissioner of Social Security
                                  (Per e-mail authorization)

25 ---
[2] Counsel for the plaintiff attests that all other signatories listed, and on whose
26 behalf the filing is submitted, concur in the filing's content and have authorized the
filing.

-3-

# ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion for Award of EAJA Fees ("Stipulation") (Doc. 18), IT IS ORDERED that Plaintiff Pamala Leadbetter Dean ("Dean") be awarded attorney fees and expenses in the amount of **three thousand three hundred eighty-eight dollars ($3,388)** under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:   **October 27, 2025**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE